

# NUMBER 13-13-00662-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**IN RE ROEL CERDA**

---

On Petition for Writ of Mandamus.

---

# O R D E R

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Order Per Curiam**

Relator, Roel Cerda, proceeding pro se, filed a petition for writ of mandamus on December 2, 2013, seeking to compel the trial court to issue a ruling on relator's motion for nunc pro tunc judgment in trial court cause number B-10-M001-0-PR-B in the 156th District Court of Bee County, Texas.    The Court requests that the real party in interest, the State of Texas, acting by and through the District Attorney for Bee County, file a response to the petition for writ of mandamus on or before the expiration of ten days from

today's date. *See* TEX. R. APP. P. 52.8(b).

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of December, 2013.